USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
XIN WANG,                                            :
                                                     :
                              Plaintiff,   :
                                                     :
         -against-                                 :
                                                     :    24-CV-8204 (VEC)
                                                     :
ESSENCE INERNATIONAL FINANCIAL                       :          ORDER
HOLDINGS LIMITED a/k/a SDIC SECURITIES               :
INTERNATIONAL FINANCIAL HOLDINGS                     :
LIMITED,                                             :
                                                     :
                              Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 25, 2024, Plaintiff filed a Complaint, Compl., Dkt. 1;

       WHEREAS the Complaint premises jurisdiction on 15 U.S.C. § 78aa and 28 U.S.C. § 1331 and alleges venue based on 15 U.S.C. § 78aa and 28 U.S.C. § 1391(b), *id.* ¶¶ 10–11;

       WHEREAS an action to enforce any liability under Title 15 "may be brought in any such district or in the district wherein the defendant is found or is an inhabitant or transacts business, and process in such cases may be served in any other district of which the defendant is an inhabitant or wherever the defendant may be found," 15 U.S.C. § 78aa(a);

       WHEREAS in general, a civil action may be brought in the judicial district in which Defendant resides, "a substantial part of the events or omissions giving rise to the claim occurred," or "any judicial district" where Defendant is subject to the Court's personal jurisdiction, 28 U.S.C. § 1391(b);

       WHEREAS Plaintiff alleges that Defendant and its wholly-owned subsidiaries are based in Hong Kong, *see* Compl. ¶¶ 14–18;

WHEREAS Plaintiff does not allege any connection between the allegations in the Complaint and the Southern District of New York or that Defendant transacts business in the Southern District of New York;

WHEREAS Plaintiff is proceeding *pro se* but is not proceeding *in forma pauperis*; and

WHEREAS Plaintiff has neither filed a request for the issuance of summonses nor provided Defendant's address.

IT IS HEREBY ORDERED that by not later than **Wednesday, November 20, 2024**, Plaintiff must file an amended complaint that cures the deficiencies identified above. Plaintiff must also either (1) file a request for the issuance of summons that includes Defendant's address, *or* (2) include Defendant's address in the amended complaint so that the Court may issue an order directing the Clerk of Court to issue the summons. Failure to do so will result in dismissal of the Complaint without prejudice.

**SO ORDERED.**

**Date: November 12, 2024**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**