```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIN WANG,

                Plaintiff,

       -v-

ESSENCE INTERNATIONAL FINANCIAL
HOLDINGS LIMITED,

                Defendant.

**ORDER**

24-CV-8204 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Order dated November 22, 2024, this case was referred to me for General Pretrial supervision and a Report and Recommendation on any dispositive motion. ECF No. 9.

    By Order dated November 12, 2024, Judge Caproni directed Plaintiff to file an amended complaint by not later than November 20, 2024 that cures the deficiencies of the Complaint identified therein and warned that failure to do so will result in dismissal of the Complaint without prejudice. ECF No. 7.[1] The deficiencies identified include that "Plaintiff does not allege any connection between the allegations in the Complaint and the Southern District of New York or that Defendant transacts business in the Southern District of New York[.]" *Id.* at 2. To

---

[1] The Order also directed Plaintiff to "either (1) file a request for the issuance of summons that includes Defendant's address, *or* (2) include Defendant's address in the amended complaint so that the Court may issue an order directing the Clerk of Court to issue the summons." ECF No. 7 at 2. By letter dated November 20, 2024, Plaintiff informed the Court that a request for issuance of summons was filed by email and that a summons was issued by the Clerk of Court. ECF No. 8.

date, Plaintiff has not filed an amended complaint that cures the deficiencies identified by Judge Caproni.

The Court *sua sponte* extends Plaintiff's deadline to file an amended complaint that cures the deficiencies of the Complaint to **December 18, 2024.** Plaintiff is advised that failure to file an amended complaint by the above date will result in a Report and Recommendation that the Complaint be dismissed without prejudice.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se litigant.

**SO ORDERED.**

Dated: November 25, 2024
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge