December 18, 2024

Hon. Henry J. Ricardo
United States Magistrate Judge

RE:   *Wang v. Essence International Financial Holdings Limited*
      Case No: 1:24-cv-08204-VEC-HJR

Dear Judge Ricardo:

I am the *Pro Se* Plaintiff writing regarding your honor's order dated November 25, 2024 (ECF No. 11). Upon receiving the order, I immediately filed an amended complaint on the same date (ECF No. 12) to address the deficiency outlined in the order. The only change was made to paragraph 11, which now reads: "*Venue is proper in this Judicial District pursuant to Section 27 of the Exchange Act, 15 U.S.C. § 78aa and 28 U.S.C. § 1391(b). At all relevant times, Highpower shares were traded on NASDAQ, which is located in the Southern District of New York. Defendant's actions, including the dissemination of materially false and misleading statements and the purchase, took place in this District.*"

If the Court finds that my Amended Complaint does not sufficiently cure the deficiency, I respectfully request leave to amend further rather than dismissal of the Complaint, as the original filing was made within days of the statute of limitations deadline.

Respectfully submitted,

*/s/ Xin Wang*
Xin Wang

*pro se* Plaintiff