

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

December 30, 2024

**Jonathan Rosenberg**
D: +1 212 408 2409
jrosenberg@omm.com

<u>**VIA ECF**</u>

The Honorable Henry J. Ricardo
United States Magistrate Judge
500 Pearl Street, Room 701
New York, NY 10007

Re:   *Wang v. Essence International Financial Holdings Limited*, Case No. 1:24-cv-08204-VEC-HJR

Dear Judge Ricardo:

We were recently retained to represent Defendant Essence International Financial Holdings Limited in this matter. We respectfully submit this letter, under Section II.C of Your Honor's Individual Rules and Practices for Civil Cases, to inform the Court that the parties have agreed (i) that Defendant has no obligation to respond to the original complaint (ECF No. 1) with which Defendant was served on December 13; and (ii) to the following briefing schedule for Defendant's motion to dismiss the amended complaint (ECF No. 12) with which Defendant has not been served:

1. Motion to dismiss due February 10, 2025;

2. Opposition due March 27, 2025; and

3. Reply due April 28, 2025.

We're available should the Court have any questions.

Respectfully,

*/s/ Jonathan Rosenberg*

Jonathan Rosenberg

cc:   Plaintiff via ECF and email
      (saratoga10172023@gmail.com)