# EXHIBIT 7

**V VOCALEGAL**

_____

# Certification of Translation Accuracy

**Translation of the following named documents/files from Chinese to English:**
**Essence Securities Co., Ltd.**
**Announcement on the record filing information of the initial public offering and listing tutorship of Shenzhen Highpower Technology Co., Ltd.**

We, Vocalegal Ltd, a professional translation company, hereby certify that the above-mentioned document (s) has/have been translated by experienced and qualified professional translators and that, in our best judgement, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document(s).

This is to certify the correctness of translation only. We do not guarantee the authenticity of the original document(s) nor any statements contained therein. Further, Vocalegal Ltd assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

Mustafa Almansur

CEO, Vocalegal

31 January 2025



**V VOCALEGAL**

Vocalegal Ltd. Company Registration no. 12171614. Registered in England
17 City North Place, London N4 3FU, United Kingdom. Tel: +44 203 875 6915

# Essence Securities Co., Ltd.

## Announcement on the record filing information of the initial public offering and listing tutorship of Shenzhen Highpower Technology Co., Ltd.

Shenzhen Highpower Technology Co., Ltd. plans to conduct its initial public offering of shares and list on a domestic stock exchange. It has now accepted the tutorship of Essence Securities Co., Ltd. and filed for tutorship with the Shenzhen Securities Regulatory Bureau on January 5, 2021. In accordance with the relevant requirements of the China Securities Regulatory Commission, in order to improve the transparency of stock issuance and listing, protect the legitimate rights and interests of investors, and accept supervision from all sectors of society and the public, the relevant information is hereby publicized as follows:

| | |
|---|---|
| Name of issuer | Shenzhen Highpower Technology Co., Ltd. |
| Registered address of company | Building 1, No. 68, Xinxia Avenue, Pinghu Street, Longgang District, Shenzhen |
| Legal Representative | PAN Dangyu |
| Company contact number | 13917068228 |
| Email | sherry.chen@highpowertech.com |
| Sponsor | Essence Securities Co., Ltd. |
| Contact number | 0755-82558254 |
| Auditor | ShineWing Certified Public Accountants (Special General Partnership) |

[Seal of Essence Securities Co., Ltd.]

Essence Securities Co., Ltd.

January 7, 2021

# 安信证券股份有限公司

## 关于深圳市豪鹏科技股份有限公司

## 首次公开发行并上市辅导备案信息公示

深圳市豪鹏科技股份有限公司拟首次公开发行股票并在境内证券交易所上市，现已接受安信证券股份有限公司的辅导，并于 2021 年 1 月 5 日在深圳证监局进行了辅导备案。根据中国证券监督管理委员会的有关要求，为提高股票发行上市透明度，保护投资者合法权益，接受社会各界和公众的监督，现将有关情况公示如下：

| 发行人名称 | 深圳市豪鹏科技股份有限公司 |
|---|---|
| 公司注册地址 | 深圳市龙岗区平湖街道新厦大道 68 号第一栋 |
| 法定代表人 | 潘党育 |
| 公司联系电话 | 13917068228 |
| 电子邮箱 | sherry.chen@highpowertech.com |
| 保荐机构 | 安信证券股份有限公司 |
| 联系电话 | 0755-82558254 |
| 审计机构 | 信永中和会计师事务所（特殊普通合伙） |

安信证券股份有限公司

2021 年 1 月 7 日