UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIN WANG,<br><br>                    Plaintiff,<br><br>-against-<br><br>ESSENCE INTERNATIONAL FINANCIAL HOLDINGS LIMITED (A/K/A SDIC SECURITIES INTERNATIONAL FINANCIAL HOLDINGS LIMITED),<br><br>                    Defendant. | Index No. 1:24-cv-08204-VEC-HJR<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF ESSENCE INTERNATIONAL FINANCIAL HOLDINGS LIMITED** |

      Under Federal Rule of Civil Procedure 7.1, Defendant Essence International Financial Holdings Limited ("Essence International," now known as SDIC Securities International Financial Holdings Limited), by and through its undersigned counsel of record, hereby states as follows:

      Essence International is a direct, wholly owned subsidiary of SDIC Securities Co., Ltd. ("SDIC Securities," formerly known as Essence Securities Co., Ltd.).  SDIC Securities is a limited liability company incorporated under the laws of the People's Republic of China, and SDIC Capital Co., Ltd., whose shares are publicly traded on the Shanghai Stock Exchange, owns greater than 10% of SDIC Securities' stock.

Dated:  New York, New York
        February 19, 2025

O'MELVENY & MYERS LLP

By: /s/ *Jonathan Rosenberg*
    Jonathan Rosenberg
    jrosenberg@omm.com
    William J. Sushon
    wsushon@omm.com
    1301 Avenue of the Americas
    Suite 1700
    New York, New York  10019-6022
    U.S.A.
    Ph: +1 212 326 2000
    Fx: +1 212 326 2061

*Attorneys for Defendant*
*Essence International Financial Holdings Limited*