```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2025
```

**O'Melveny**

O'Melveny & Myers LLP  
1301 Avenue of the Americas  
Suite 1700  
New York, NY 10019-6022

T: +1 212 326 2000  
F: +1 212 326 2061  
omm.com

File Number:

July 21, 2025

Jonathan Rosenberg  
D: +1 212 408 2409  
jrosenberg@omm.com

**VIA ECF**

The Honorable Valerie Caproni  
United States District Judge  
500 Pearl Street  
New York, NY 10007



**MEMO ENDORSED**

Re:   *Wang v. Essence International Financial Holdings Limited*, Case No. 1:24-cv-08204-VEC-HJR

Dear Judge Caproni:

Under Section II.C of Your Honor's Individual Practices in Civil Cases, we write on behalf of our client Essence International Financial Holdings Limited ("Essence International") respectfully to request an extension of thirty (30) days to file an objection to Magistrate Judge Ricardo's July 14 Report and Recommendation (ECF No. 33).

On July 14, Magistrate Judge Ricardo issued his Report and Recommendation recommending dismissal of Plaintiff's Section 10(b) claim as time-barred under the statute of repose, but denying the motion to dismiss Plaintiff's Section 20A claim. Objections to that Report and Recommendation would be due July 28, 2025. *See* Fed. R. Civ. P. 72(b). Granting this thirty-day extension would make the objection(s) due on August 27, 2025.

This extension request seeks to accommodate Essence International's legitimate needs. Counsel for Essence International are scheduled to fly to Hong Kong on July 22 for out-of-country depositions and have multiple summary-judgment and motion-to-dismiss briefs due in a similar time frame. Additional time is therefore needed to prepare the Rule 72 objection(s) in this case. Plaintiff does not oppose to this request. This is Essence International's first request for an extension of time to file a Rule 72 objection.

Respectfully submitted,

/s/ *Jonathan Rosenberg*

Jonathan Rosenberg

cc:   Plaintiff via ECF and email (saratoga10172023@gmail.com)

Application GRANTED IN PART.  Defendant's deadline to file an objection to the Report and Recommendation at Dkt. 33 is ADJOURNED from Monday, July 28, 2025, to **Thursday, August 7, 2025**.  Plaintiff's deadline to respond to Defendant's objection is **Thursday, August 21, 2025**.

The Court will not further extend the above-referenced deadlines.

SO ORDERED.

*[signature]*   7/22/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE