O'Melveny

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com



October 29, 2025

Jonathan Rosenberg
D: +1 212 408 2409
jrosenberg@omm.com

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
500 Pearl Street, Chambers 1930
New York, NY 10007

**MEMO ENDORSED**

Re:   *Wang v. Essence International Financial Holdings Limited*, Case No. 1:24-cv-08204-VEC-HJR

Dear Judge Caproni:

We represent Defendant Essence International Financial Holdings Limited in this matter and respectfully write on behalf of both parties to inform the Court that the parties have started settlement discussions.  The parties therefore respectfully request that the Court stay the proceedings, including Essence International's October 31, 2025 deadline to respond to Plaintiff's Second Amended Complaint (ECF No. 41), until November 14, 2025 to give the parties time to continue their discussions and determine whether a negotiated settlement is feasible.

This is the parties' first request to stay the proceedings.  We are available to discuss any questions or concerns the Court may have.


Respectfully,


*/s/ Jonathan Rosenberg*


Jonathan Rosenberg

cc:   Plaintiff via ECF and email
      (saratoga10172023@gmail.com)

Application GRANTED.  Defendant's deadline to respond to the Second Amended Complaint (Dkt. 41) is ADJOURNED from Friday, October 31, 2025, to **Friday, November 14, 2025**.  The parties are advised that, absent extraordinary cause, the Court is unlikely to further extend the time to respond to the Second Amended Complaint.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 42.

SO ORDERED.

*[signature]*     10/30/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE