```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIN WANG,

                Plaintiff,

-v-

ESSENCE INTERNATIONAL FINANCIAL
HOLDINGS LIMITED,

                Defendant.

**ORDER**

24-CV-8204 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On November 13, 2025, Plaintiff filed a letter motion to compel Defendant to amend its Rule 7.1 Disclosure Statement. ECF No. 46. Defendant is directed to file its response by **November 19, 2025**.

    A conference is scheduled on **December 4, 2025** at **2:00 p.m.** by telephone to address this dispute. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 202 030 922#).

**SO ORDERED.**

Dated: November 17, 2025
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge