UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIN WANG,

                        Plaintiff,

              -v-

ESSENCE INTERNATIONAL FINANCIAL
HOLDINGS LIMITED,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/4/2025__

**ORDER**

24-CV-8204 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference to address Plaintiff's letter motion to compel

Defendant to amend its Rule 7.1 Disclosure Statement.  ECF No. 46.  For the

reasons discussed during today's conference, Plaintiff's letter motion is **DENIED**.

**SO ORDERED.**

Dated: December 4, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge