January 7, 2026

Hon. Henry J. Ricardo
United States Magistrate Judge

RE:    *Wang v. Essence International Financial Holdings Limited*
       Case No: 1:24-cv-08204-VEC-HJR

Dear Judge Ricardo:

I am the Plaintiff in the above-referenced action. I write respectfully regarding Defendant's Reply Memorandum of Law in Further Support of its Motion to Dismiss [ECF No. 60].

In its Reply, Defendant raises a dispositive legal argument that New York's "Borrowing Statute" (C.P.L.R. § 202) compels the application of California's three-year statute of limitations to bar my proposed common-law fraud claim. In support of this new argument, Defendant asserts as a factual matter that I "was well aware of the alleged misrepresentations more than three years before filing" (Reply at 11).

I write simply to place on the record that I dispute this factual assertion. Under California Code of Civil Procedure § 338(d), the statute of limitations does not accrue until the discovery of the facts constituting the fraud. I did not discover the specific facts constituting fraud until well within the three-year period. I am ready to file a limited Sur-Reply addressing this timeline if the Court believes such clarification would assist in its determination.

Respectfully submitted,

*/s/ Xin Wang*

Xin Wang

Plaintiff